# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# CHIEF JUDGE MARCIA S. KRIEGER

Courtroom Deputy:  Patricia Glover            Date: July 2, 2015
Court Reporter:    Mary George
Probation Officer: Paige Meador
Interpreter:       Catherine Bahr

Criminal Action No. 15-cr-0048-MSK

*Parties*:                                    *Counsel*:

UNITED STATES OF AMERICA,                     Rebecca Weber

          Plaintiff,

v.

SERGIO MARTINEZ-VILLAREAL,                    Edward Harris

          Defendant.

---

## SENTENCING MINUTES
---

**9:00 a.m.     Court in session**.

Defendant present in custody.

Interpreter sworn.

**Change of Plea Hearing on April 2, 2015.  Defendant pled guilty to Count 1 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do not** request departure.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). **Doc. #22.** Argument.

Allocution. - Statements made by: The Government, defense counsel.

Sentencing Minutes  
Chief Judge Marcia S. Krieger  
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

**ORDER:** Defendant's Motion for Non-Guidelines Sentence (**Doc. #22**) is **DENIED.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**9:34 a.m.    Court in recess.**

Total Time:    34 minutes.  
Hearing concluded.